UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 21-3075

———————

SHELDON HANNIBAL
Appellant

v.

SECRETARY PENNSYLVANIA DEPARTMENT OF CORRECTIONS;
SUPERINTENDENT GREENE SCI; SUPERINTENDENT ROCKVIEW SCI;
DISTRICT ATTORNEY PHILADELPHIA

———————————————

(M.D. Pa. No. 2-13-cv-00619)

———————

SUR PETITION FOR REHEARING

———————

Present: CHAGARES, *Chief Judge*, JORDAN, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, MONTGOMERY-REEVES, and CHUNG, *Circuit Judges*

The petition for rehearing filed by **Appellant** in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby ORDERED that the petition for rehearing by the panel is denied, however, the Clerk is directed to file the amended opinion that adds footnote 7 on page 17 of the opinion. As the revision does not affect the disposition of the appeal, the judgment will remain as filed.

The petition for rehearing filed by Appellant also having been submitted to all the other available circuit judges of the circuit in regular active service and a majority of the judges of the circuit in regular service not having voted for rehearing, it is hereby ORDERED that the petition for rehearing by the Court en banc is denied.

BY THE COURT,

s/ *Peter J. Phipps*
Circuit Judge

Date: April 2, 2024
CJG/cc:     Joanne M. Heisey, Esq.
          Shawn Nolan, Esq.
          Katherine E. Ernst, Esq.